UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MELVIN LEE SATCHER, | ) | No. ED CV 14-00989-RT (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| GARY SWARTHOUT, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 19, 2016

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE